UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Genesis CRUZ,<br><br>                         Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC; EQUIFAX INFORMATION SERVICES, LLC; and DOES 1–10, inclusive,<br><br>                        Defendants. | Case No.: 19-cv-1289-BEN-BGS<br><br>**ORDER** |

On July 15, 2020, Defendant Experian Information Solutions, Inc contacted the Chambers of Judge Skomal requesting a 2-week extension as to the "All Other Pretrial Motions" deadline listed in the Court's Scheduling Order (ECF No. 18 at 3). Defendant indicates that Plaintiff opposes the extension. Accordingly, the Court, in its discretion, **GRANTS** this request. The "All Other Pretrial Motions" deadline is **EXTENDED to July 29, 2020**. All other dates and deadlines set forth in the Court's Scheduling Order (ECF No. 18) **remain in effect**.

      **IT IS SO ORDERED.**

Dated: July 15, 2020

                                                    Hon. Bernard G. Skomal
                                                  United States Magistrate Judge