1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

GENESIS CRUZ,

                     Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX
INFORMATION SERVICES, LLC,
TRANS UNION, LLC, and DOES 1
through 10,

                     Defendants.

Case No. 3:19-cv-01289-BEN-BGS

**ORDER OF DISMISSAL OF
EXPERIAN INFORMATION
SOLUTIONS, INC., ONLY, WITH
PREJUDICE**

**[ECF Nos. 39, 46]**

## I.    <u>INTRODUCTION</u>

Plaintiff Genesis Cruz ("Plaintiff") filed this lawsuit against Defendants Experian Information Solutions, Inc. ("Experian"); Equifax Information Services, LLC ("Equifax"); and Trans Union, LLC ("Trans Union") (collectively, "Defendants").  ECF No. 1.  Before the Court is the Joint Motion to Dismiss the Case brought by Plaintiff and Defendant Experian, ECF No. 39, as well as the Joint Motion to Dismiss the Case brought by Plaintiff and Defendant Equifax, ECF No. 46, (collectively, the "Joint Motions").  After considering the papers submitted, supporting documentation, and applicable law, the Court **GRANTS** the Joint Motions.

## II.   BACKGROUND

On June 7, 2019, Plaintiff filed suit against Defendants in the San Diego Superior Court, alleging causes of action for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (the "FCRA").   ECF No. 1-2.   On July 11, 2019, Defendant Experian filed a Notice of Removal pursuant to 28 U.S.C. § 1441 and answer to the complaint.   ECF No. 1, 2.

On October 11, 2019, Trans Union filed a Notice of Settlement.   ECF No. 15. On January 7, 2020, Plaintiff and Trans Union filed a Joint Motion to Dismiss Trans Union *with prejudice*, ECF No. 20, which the Court granted on January 7, 2020, ECF No. 21, leaving two defendants.

On September 17, 2020, Plaintiff and Experian filed a Joint Motion to Dismiss Defendant Experian only, seeking dismissal *with prejudice*.   ECF No. 39.   That same day, Plaintiff filed a Notice of Settlement as to Defendant Equifax.   ECF No. 40.

On November 25, 2020, Plaintiff and the remaining party, Equifax, filed a joint motion to dismiss the entire case pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, *with prejudice*.   ECF No. 46.

## III.   DISCUSSION

Rule 41(a) of the Federal Rules of Civil Procedure ("Rule 41(a)") governs voluntary dismissal of lawsuits and provides that "an action may be dismissed at the plaintiff's request only by court order," except however, "as provided in Rule 41(a)(1)."   FED. R. CIV. P. 41(a)(2).   Where a plaintiff wants to dismiss a case without a court order, the plaintiff may do so pursuant to Rule 41(a)(1) by filing either (1) "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or (2) "a stipulation of dismissal signed by all parties who have appeared."   FED. R. CIV. P. 41(a)(1).   Where a notice or stipulation of dismissal is not filed, the plaintiff must proceed by Rule 41(a)(2) and seek a court order to secure dismissal.   FED. R. CIV. P. 41(a)(2).   Further, a dismissal under Rule 41(a)(2) by court order is without prejudice "[u]nless the order states otherwise."   *Id.*

-2-

In the present case, the parties claim to seek dismissal pursuant to Rule 41(a)(1)(ii) but title the document "Joint Motions" rather than a notice or stipulation. As such, it appears they actually seek dismissal under 41(a)(2). Regardless, at this point, the two joint motions under consideration dispose of all parties in the case. Thus, the Court finds it proper to dispose of the entire case.

## IV.   **ORDER**

Having read and considered the Joint Motions submitted by Plaintiff and Defendants, and good cause appearing, the Joint Motions are **GRANTED** as follows:

1.     The entire case is dismissed *with prejudice* pursuant to Rule 41(a)(2).

2.     Each party is to bear its own costs, fees, and expenses.

**IT IS SO ORDERED.**

DATED:     December 7, 2020

**HON. ROGER T. BENITEZ**
United States District Judge